AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mattice, Harry S | U.S. District Court - EDTN | 05/07/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Joel W. Solomon Federal Bldg.<br>900 Georgia Avenue, Room 104<br>Chattanooga, TN 37402 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1984-2006 | Miller & Martin Profit Sharing Plan (former law firm - no control) |
| 2. 2001-2006 | Baker, Donelson, Bearman & Caldwell, P.C. Retirement Savings Plan (fomer law firm - no control) |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2007 MAY 14 A 9: 19
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S | 05/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Associates in Communications Therapies, P.C. - Salary |
| 2. | 2006 | The Speech Language Reading Center, PLLC - Salary |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S | 05/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mass Mutual Life Insurance | Policy Loan | J |
| 2. | Northwestern Mutual Life Ins. | Policy Loan | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Morgan Stanley Active Assets Money Trust | B | Dividend | K | T | | | | | |
| 2. Morgan Stanley Bank | B | Interest | L | T | Buy | 4/21 | K | | |
| 3. | | | | | Buy | 7/14 | K | | |
| 4. | | | | | Buy | 8/22 | J | | |
| 5. MS Global Advantage Fund A Mutal Fund (FKA Fund B) | A | Dividend | | | Sell | 7/14 | J | | |
| 6. AT&T Corporation (new) Common Stock | A | Dividend | | | Sell | 4/21 | J | | |
| 7. Boeing Company Common Stock | A | Dividend | | | Sell | 4/21 | J | B | |
| 8. Charter Communication Corporation Class A Common Stock | A | Dividend | | | Sell | 4/21 | J | | |
| 9. Comcast Corp. (new) Class A Common Stock | A | Dividend | | | Sell | 4/21 | J | | |
| 10. Hewlett Packard Corporation Common Stock | A | Dividend | | | Sell | 4/21 | J | | |
| 11. Lockheed Martin Corp. Common Stock | A | Dividend | | | Sell | 4/21 | J | B | |
| 12. Microsoft Corporation Common Stock | A | Dividend | | | Sell | 4/21 | J | C | |
| 13. Morgan Stanley & Company Common Stock | A | Dividend | | | Sell | 4/21 | J | C | |
| 14. Pfizer, Inc. Common Stock | A | Dividend | | | Sell | 4/21 | J | | |
| 15. MSDW Dividend Growth Securities Fund A (FKA Fund B) | B | Dividend | | | Sell | 7/14 | J | | |
| 16. Templeton Global Opportunity Fund A | A | Dividend | | | Sell | 8/22 | J | C | |
| 17. Focus Growth Fund A (FKA MS American | A | Dividend | | | Sell | 7/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Opportunities Fund A) | | | | | | | | | |
| 18. MSDW Liquid Asset Fund Exch B (FKA MSDW U.S. Government | A | Interest | | | Sell | 7/14 | J | | |
| 19. Money Market Trust) | | | | | | | | | |
| 20. IRA: MSDW S&P 500 Index Fund B | A | None | J | T | | | | | |
| 21. Miller & Martin Profit Sharing (widely held & diversified) | A | None | | | Rollover | 3/3 | O | | |
| 22. Mass Mutual Life Insurance Whole Life (2) | A | Interest | L | T | | | | | |
| 23. Northwestern Mutual Life Variable Comp Life Agg Growth & Ind | A | None | L | T | | | | | |
| 24. Baker, Donelson, Bearman & Caldwell 401(k) Retire MSF Fxd Fd | A | None | | | Rollover | 2/1 | J | | |
| 25. Trust #1: | | | | | | | | | |
| 26. SunTrust TN Reserve Fund M/M | B | Interest | K | T | Buy | 4/10 | K | | |
| 27. | | | | | Sell | 8/10 | K | | |
| 28. | | | | | Buy | 8/11 | K | | |
| 29. | | | | | Sell | 9/15 | K | | |
| 30. | | | | | Buy | 11/17 | K | | |
| 31. | | | | | Sell | 12/5 | K | | |
| 32. United States Treasury Note (1) | B | Interest | K | T | | | | | |
| 33. SunTrust Investments Classic Fnd Intl Eqty | B | Dividend | L | T | Sell | 4/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Index Fnd | | | | | | | | | |
| 34. (FKA Intl Eqty-Index Trust Shares) | | | | | Sell | 8/11 | J | A | |
| 35. SunTrust Investments Classic Small Cap Growth Stock Fund | A | Dividend | K | T | Sell | 4/10 | J | B | |
| 36. (FKA Small Cap Grth Trust Shares) | | | | | Sell | 8/11 | J | A | |
| 37. SunTrust Investments Classic Fnd-Mid Cap Equity Fund (FKA | A | Dividend | K | T | Sell | 4/10 | J | B | |
| 38. Mid Cap Equity Tr Shares) | | | | | Sell | 8/11 | J | | |
| 39. SunTrust Investment Classic Fnd-Large Cap Value Equity | B | Dividend | M | T | | | | | |
| 40. (FKA Value Income Tr Shares) | | | | | | | | | |
| 41. SunTrust Investments Classic - Large Cap Relative Fund | A | Dividend | K | T | | | | | |
| 42. Federal Home Loan Bank Bond - 11/17/16 | A | Interest | K | T | Buy | 11/17 | K | | |
| 43. Federal Home Loan Bank Bond - 12/05/16 | A | Interest | K | T | Buy | 12/5 | K | | |
| 44. Federal National Mortgage Assn. Note - 9/15/11 | A | Interest | K | T | Buy | 9/15 | K | | |
| 45. Federal Home Loan Bank Bond - 8/17/07 | A | Interest | | | Buy | 8/10 | K | | |
| 46. | | | | | Redemption | 11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S | 05/07/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Par III. A. Non-Investment Income. All income earned during reporting period was salary as employee of U.S. Government.

Part VII. Investments and Trusts. Trust Assets listed as numbers 25 to 46 are a part of an Irrevocable Insurance Trust created by ███████ member.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date ___ 5/7/2007 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544